**FILED**

DEC 2 0 2017

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-20-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| ELIZABETH JEAN MYERS, | |
| Defendant. | |

For the reasons stated on the record, ELIZABETH JEAN MYERS is hereby

released from the custody of the U.S. Marshals Service.

DATED this 20 day of December, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1